**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JAIKER ALEXANDER OVIEDO,<br><br>*Petitioner,*<br>v.<br><br>THE WARDEN OF THE DELANEY HALL DETENTION FACILITY,<br><br>*Respondent.* | HON. MICHAEL A. SHIPP, U.S.D.J.<br><br>Civil Action No. 26-09727 (MAS)<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that this action shall be and hereby is dismissed without prejudice and without costs or attorneys' fees to either party.

ROBERT FRAZER
United States Attorney

Lina F Stillman, Esq.
LINA STILLMAN, ESQ.
*Attorney for Petitioner*

By: */s/ John S. Crosby*
JOHN S. CROSBY
Assistant U.S. Attorney
*Attorneys for Respondent*

**So Ordered this** 24th **day of August 2026**

[signature]

**Honorable Michael A. Shipp, U.S.D.J.**